UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MICHELLE D'ANTONIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-1295 (AJT/TRJ) |
| | ) | |
| JANET NAPOLITANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, pursuant to Fed. R. Civ. P. 12(b)(6) and 56(c) [Doc. No. 13], the memoranda and exhibits in support thereof, and the opposition and exhibits in response thereto; the oral argument of counsel held in open court on April 6, 2012; and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. No. 13] be, and the same hereby is, GRANTED, and that this action be, and the same hereby is, DISMISSED with prejudice; and it is further

ORDERED, in the alternative, that Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c) [Doc. No. 13] be, and the same hereby is, GRANTED for Defendant.

The Clerk is directed to enter judgment in favor of defendant pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

1

This Order is final.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 4, 2012